

# Fourth Court of Appeals
## San Antonio, Texas

February 9, 2017

No. 04-17-00009-CV

**IN THE ESTATE OF BARBARA R. DEAN, DECEASED**,

From the County Court, Jim Wells County, Texas
Trial Court No. 7344
Honorable Homero Garza, Judge Presiding

# O R D E R

The clerk's notification of late record is hereby GRANTED. Time is extended to March 6, 2017.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of February, 2017.



_____
Keith E. Hottle
Clerk of Court